UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   ALLEN LANIER GRIFFIN                           CASE NO. 20-10790
   6039 SMITHWOOD RD                             JUDGE BENJAMIN A. KAHN
   LIBERTY, NC  27298

      DEBTOR

SSN(1) XXX-XX-4857                                  DATE:  05/06/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMALGAMATED BANK OF CHICAGO<br>ONE W MONROE ST 5TH FL<br>CHICAGO, IL  60603 | $0.00<br>INT:  .00%<br>NAME ID:  183471<br>CLAIM #:  0005 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AVANT<br>701 E 60TH ST N<br>SIOUX FALLS, SD  57117 | $0.00<br>INT:  .00%<br>NAME ID:  171561<br>CLAIM #:  0006 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAPITAL ONE<br>P O BOX 85015<br>RICHMOND, VA  23285-5015 | $0.00<br>INT:  .00%<br>NAME ID:  3491<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAPITAL ONE AUTO FINANCE<br>% AIS PORTFOLIO SERVICES LP<br>P O BOX 4360<br>HOUSTON, TX  77210-4360 | $5,394.84<br>INT:  5.25%<br>NAME ID:  168591<br>CLAIM #:  0004 | (V) VEHICLE-SECURED<br><br>ACCT:  5860<br>COMMENT:  14CHEV |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $800.88<br>INT:  .00%<br>NAME ID:  181492<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT:  7543<br>COMMENT: |
| CAVALRY SPV I LLC<br>% BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ  85712 | $445.36<br>INT:  .00%<br>NAME ID:  152644<br>CLAIM #:  0007 | (U) UNSECURED<br><br>ACCT:  8852<br>COMMENT:  CAPITAL ONE |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $1,994.06<br>INT:  .00%<br>NAME ID:  153461<br>CLAIM #:  0012 | (U) UNSECURED<br><br>ACCT:  0146<br>COMMENT: |
| ELOAN<br>222 N LASALLE ST STE 1700<br>CHICAGO, IL  60601 | $0.00<br>INT:  .00%<br>NAME ID:  183472<br>CLAIM #:  0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| FIFTH THIRD BANK<br>1830 E PARIS SE MS#RSCB3E<br>GRAND RAPIDS, MI  49546 | $505.34<br>INT:  .00%<br>NAME ID: 114735<br>CLAIM #:  0014 | | (U) UNSECURED<br><br>ACCT: 0831<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 159804<br>CLAIM #:  0001 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT:  OC |
| HSBC BANK<br>P O BOX 52530<br>SCHAUMBURG, IL  60196-0001 | $0.00<br>INT:  .00%<br>NAME ID: 117445<br>CLAIM #:  0017 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $2,137.07<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #:  0002 | | (U) UNSECURED<br><br>ACCT: 10TX<br>COMMENT: |
| LENDMARK FINANCIAL SERVICES LLC<br>2118 USHER ST<br>COVINGTON, GA  30014 | $6,163.16<br>INT:  .00%<br>NAME ID: 157722<br>CLAIM #:  0018 | | (U) UNSECURED<br><br>ACCT: 4643<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $821.24<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0010 | | (U) UNSECURED<br><br>ACCT: 8429<br>COMMENT:  CREDIT ONE BANK |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $904.04<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0011 | | (U) UNSECURED<br><br>ACCT: 9879<br>COMMENT:  CREDIT ONE BANK |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 4857<br>COMMENT:  OC |
| NATIONAL FINANCE COMPANY INC<br>% LYNDON SOUTHERN INS<br>151 PINNACLE PL<br>LITTLE RIVER, SC  29566 | $2,926.66<br>INT:  .00%<br>NAME ID: 167021<br>CLAIM #:  0019 | | (U) UNSECURED<br><br>ACCT: 5298<br>COMMENT: |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $1,113.42<br>INT:  .00%<br>NAME ID: 159089<br>CLAIM #:  0015 | | (U) UNSECURED<br><br>ACCT: 7693<br>COMMENT: |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $949.83<br>INT:  .00%<br>NAME ID: 159089<br>CLAIM #:  0016 | | (U) UNSECURED<br><br>ACCT: 5239<br>COMMENT: |
| REGIONAL MANAGEMENT CORP<br>979 BATESVILLE RD STE B<br>GREER, SC  29651 | $7,290.53<br>INT:  .00%<br>NAME ID: 162250<br>CLAIM #:  0020 | | (U) UNSECURED<br><br>ACCT: 0465<br>COMMENT: |

PAGE 3  -  CHAPTER 13 CASE NO. 20-10790

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| US BANK NA<br>P O BOX 5227<br>CINCINNATI, OH  45201-5227 | $2,851.52<br>INT:  .00%<br>NAME ID: 165468<br>CLAIM #:  0021 | (U) UNSECURED<br><br>ACCT: 0296<br>COMMENT: |
| **TOTAL:** | **$34,297.95** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date: 05/06/2021                                OFFICE OF THE CHAPTER 13 TRUSTEE

                                                By: /s/  Gayle McFarland
                                                    Clerk
                                                    Chapter 13 Office
                                                    500 W FRIENDLY AVE STE 200
                                                    P O BOX 1720
                                                    GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice